UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

CHARLIE B. THOMAS,

    Petitioner,

  v.

ALAN UCHTMAN,

    Respondent.

Case No. 05-cv-260-JPG

**MEMORANDUM AND ORDER**

This matter comes before the Court on a variety of motions.

- The Motion for Order (Doc. 59) and Motion to include certain documents in the record on appeal (Doc. 63) are moot in light of the Court of Appeals Mandate at Doc. 69.

- The Motion for Leave to Appeal in forma pauperis (Doc. 66) is moot in light of payment of appellate filing fee.

- The Motion for Reconsideration (Doc. 67) of the Court's Order on Motion for Certificate of Appealability is moot in light of the Court of Appeals Mandate at Doc. 69 finding that there is no substantial showing of the denial of a constitutional right.

- The Motion for Status of motion (Doc. 70) is moot in light of this order.

**IT IS SO ORDERED.**
**DATED:  July 10, 2007**

                        s/ J. Phil Gilbert
                        **J. PHIL GILBERT**
                        **DISTRICT JUDGE**